**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT JORDAN REINOEHL,<br>Plaintiff,<br>v.<br>A. GAETANO, et al.,<br>Defendants. | No. 2:25-cv-1399-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss. See ECF No. 19. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to conduct legal research due to temporary separation from his paperwork incident to a recent prison transfer, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 19, is granted.

2. Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

**Dated: July 9, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE